UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LABARRION HARRIS,                      )
                                       )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )          CV619-097
                                       )
BERNARD HILL and ANDREW                )
MCFARLAND                              )
                                       )
            Defendants.                )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the

Magistrate Judge's Report and Recommendation (R&R) of July 30, 2021, doc. 41, to which

objections have been filed, doc. 42.  Accordingly, the R&R is ADOPTED and Defendant Bernard

Hill's Motion to Dismiss is DENIED.  Doc. 26.

ORDER ENTERED at Augusta, Georgia, this _23rd_ day of August, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA