IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LABARRION HARRIS,                  *
                                   *
     Plaintiff,                    *
                                   *
     v.                            *     CV 619-097
                                   *
BERNARD HILL and ANDREW            *
MCFARLANE,                         *
                                   *
     Defendants.                   *

ORDER

Before the Court is Plaintiff's motion for voluntary dismissal. (Doc. 69.) Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(2).

IT IS THEREFORE ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to TERMINATE all motions and deadlines and CLOSE this case. Each Party shall bear its own costs and fees.

ORDER ENTERED at Augusta, Georgia, this 1ST day of December, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA